STATE OF MAINE
Cumberland, ss

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. AP- 03-38

*hEC-Cum-16/23/2003*

STATE OF MAINE
CUMBERLAND, SS
CLERK'S OFFICE

2003 OCT 23 A 11: 21

RENT-A-Ride,

    Plaintiff/Appellant

v.

ROBERT MUNSON,

    Defendant/Appellee

<u>DECISION ON APPEAL</u>

DONALD L. G.......
LAW LI.......

NOV 28 2003

    Plaintiff Rent-A-Ride appeals from the District Court (Small Claims) judgment awarding it $300.00 plus costs on its claim of $3,020.50 against the defendant.

    Neither party requested a recording of the hearing pursuant to M.R.S.C.P. 6 and therefore no recording was made. The appellant does not contend that the absence of a record of the proceedings in the District Court is for a reason "beyond the control of any party" as that term is used in M.R.Civ.P. 76F(c).

    On appeal, the plaintiff asserts that the judgment is against the weight of the evidence.

    Without a record, this court is unable to review the correctness of the District Court's finding. "... [T]he appellant has the burden of providing ... a sufficient record that allows adequate consideration of his arguments." <u>Tenny v. Benson</u>, 741 A.2d 454 (Me. 1999).

    Therefore the entry is:

    Appeal DENIED. Case is remanded to the District Court

Dated: October 23, 2003

_____
Robert E. Crowley
Justice, Superior Court

Date Filed ___06-02-2003___ ___Cumberland___ Docket No. ___AP-03-38___

County

Action ___Appeal from Lower Court (Small Claims)___

RENT-A-RIDE

ROBERT MUNSON
ANNA M. DENNEDY

vs.

| Plaintiff's Attorney | Defendant's Attorney |
|---|---|
| (PRO SE)<br>RENT-A-RIDE<br>1020 CONGRESS | David Chamberlain, Esq. (Munson)<br>P.O. Box 2412<br>Portland, ME  04116-2412<br><br>Anna M. Kennedy<br>10 Oak Circle<br>Limerick, ME  04048 |

Date of
Entry